THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISIDORO CONTRERAS, Appellant.

Contrary to defendant's claim, the evidence of his guilt of both offenses, including the required proof of an overt act in furtherance of the conspiracy, was overwhelming *(see, People v Bongarzone,* 116 AD2d 164; *People v Menache,* 98 AD2d 335). Lazer, J. P., Niehoff, Lawrence and Kooper, JJ., concur.